AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Blessing Investment Group LG LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-01909-OEM-RML |
| Coolframes, LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Blessing Investment Group LG LLC                                                              .


Date:      04/02/2026                                              /s/ David K. Radkin
                                                              *Attorney's signature*


                                                    David K. Radkin (#6336603^
                                                    *Printed name and bar number*
                                                    Litico Law Group
                                                    4501 Algonquin Road, Suite 450
                                                    Rolling Meadows, IL 60008


                                                    *Address*


                                                    dkr@litico.law
                                                    *E-mail address*


                                                    (847) 307-5942
                                                    *Telephone number*


                                                    *FAX number*