3701 Algonquin Road, Suite 450
Rolling Meadows, Illinois 60008
(847) 307-5942
www.litico.law



David K. Radkin
dkr@litico.law

April 2, 2026

**VIA CM/ECF**
Honorable Orelia E. Merchant
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

**Re: *Blessing Investment Group LG LLC v. Coolframes, LLC, et al.*, Case No. 1:26-cv-01909-OEM-RML Letter Motion to Seal Document 1-1 (Exhibit 1 to Complaint)**

Dear Judge Merchant:

We represent the Plaintiff in the above-referenced matter. Pursuant to the direction of Your Honor's Chambers earlier today, we write to respectfully request that the Court immediately restrict public access to, and permanently seal, Document 1-1, which was filed on March 31, 2026, as Exhibit 1 to the Complaint.

This urgent request is necessitated by an inadvertent filing error. Document 1-1 was filed containing unredacted Social Security Numbers, in violation of the privacy protection requirements of Fed. R. Civ. P. 5.2(a)(1). Upon discovering this error today, we immediately contacted the Clerk's Office to request that the document be temporarily locked from public view, but were advised that an order from Your Honor is required. We subsequently contacted Chambers, who directed us to file this letter motion.

Because Document 1-1 contains highly sensitive personally identifiable information, immediate restriction of the document is necessary to prevent severe privacy risks. The presumption of public access is heavily outweighed by the compelling interest in protecting this confidential data.

Plaintiff is concurrently filing a Notice of Errata with a properly redacted version of Exhibit 1, which redacts the protected information to display only the last four digits, in full compliance with Rule 5.2(a).



Accordingly, Plaintiff respectfully requests that the Court grant this letter motion, immediately restrict public access to Document 1-1, and direct the Clerk of Court to maintain Document 1-1 under permanent seal.

We thank the Court for its prompt attention to this matter.

Respectfully submitted,

*/s/David K. Radkin*
David K. Radkin
*Attorneys for Blessing Investment Group LG, LLC*