## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLESSING INVESTMENT GROUP LG LLC, a Wisconsin limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> COOLFRAMES, LLC, a New York limited liability company; LEE WEISSMAN, individually; and DAVID WEISSMAN, individually, <br><br> Defendants. | Case No. 1:26-cv-01909-OEM-RML <br><br> Jury Trial Demanded |

## STIPULATED LETTER REQUEST FOR EXTENSION OF TIME

Dear Judge Merchant:

Plaintiff Blessing Investment Group LG LLC ("Plaintiff"), by and through its undersigned counsel, respectfully submits this letter on consent of all parties to request a brief extension of Defendants' response deadline set by the Court's Order to Show Cause dated April 2, 2026 (Dkt. 6).

The Court's Order currently requires Defendants to serve and file their response to Plaintiff's Emergency Motion for Temporary Restraining Order by April 7, 2026, at 12:00 p.m. Plaintiff respectfully requests that this deadline be extended by twenty-four hours, to April 8, 2026, at 12:00 p.m..

Since the filing of Plaintiff's Emergency Motion, the parties have been engaged in substantive settlement discussions aimed at resolving the need for emergency relief by agreement. Specifically, the parties are in advanced negotiations regarding the terms of a stipulated preliminary injunction order. Counsel for Defendants has represented that all three Defendants consent to this request.

The parties believe that this modest extension will facilitate the continued progress of these discussions and may obviate the need for the Court to conduct the hearing currently scheduled for April 9, 2026, at 2:00 p.m. Plaintiff's reply deadline of April 8, 2026, at 5:00 p.m., would correspondingly shift to April 8, 2026, at midnight, if the Court is amenable.

No party will be prejudiced by this brief extension. The requested relief is narrow, will not affect the hearing date, and is sought in good faith to conserve the Court's resources.

Respectfully submitted,

*/s/ David K. Radkin*
David K. Radkin
LITICO LAW GROUP
3701 Algonquin Rd., Suite 450
Rolling Meadows, IL 60008
(847) 307-5942
dkr@litico.law
*Attorneys for Plaintiff Blessing Investment Group LG LLC*