**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLESSING INVESTMENT GROUP LG LLC, a Wisconsin limited liability company,<br><br>      Plaintiff,<br><br>           v.<br><br>COOLFRAMES, LLC, a New York limited liability company; LEE WEISSMAN, individually; and DAVID WEISSMAN, individually,<br><br>      Defendants. | Case No. 1:26-cv-01909-OEM-RML |

**<u>STIPULATED ORDER FOR PRELIMINARY INJUNCTION</u>**

For the resolution of Blessing Investment Group LG LLC's application to this court for a temporary restraining order and preliminary injunction, the parties stipulate to the following orders, effective immediately:

**IT IS HEREBY ORDERED** that Defendants COOLFRAMES, LLC, Lee Weissman, and David Weissman, including, their officers, agents, servants, employees, and attorneys, and all other persons acting in concert with them or on their behalves, are enjoined, pending the final disposition of this action, from:

1.      Using the "COOLFRAMES" trademark, name, logo, or any confusingly similar designation, in any medium and at any location, including but not limited to the retail store at 3849 Route 9, Old Bridge, New Jersey ("Retail Store"). Defendants shall immediately remove all "Coolframes" signage from the Retail Store.

2.      Using or accessing the software and data addressed in the Verified Compliant. Defendants shall direct their IT vendor, Sean Tolbot, at Defendants' cost, to remove Defendants' access to the software and data described in the Verified Complaint by changing the password for access thereto if possible or by other means if not, and to provide access and control to Plaintiff by providing credentials or otherwise. After the above, Defendants shall submit an affidavit or declaration under penalty of perjury that they no longer have access, directly or indirectly. Upon Blessing's written direction, the software and data shall be deleted. Prior to deletion, Defendants shall work with Sean Talbot on a methodology for the extraction of customer names and data associated exclusively with the Retail Store from 2023-2026., Plaintiff shall extract those customers' data and provide it to Defendants, at Defendants' cost, within a commercially reasonable time.

3.      Accessing or attempting to access Blessing's computer systems, servers, and digital assets, including the Google Merchant Center (ID: 106909155).

4.      Physically entering the leased premises located at 2907 Ocean Avenue, Brooklyn, New York 11235 without prior written consent.

5.      Soliciting or engaging any contractor or employee previously engaged by COOLFRAMES. Sean Tolbot's work under Paragraphs 1  and 2 shall be excluded from this paragraph. For the avoidance of doubt, Defendants will not solicit or engage Sean Tolbot or McKinley Parker for services at either the Retail Store or any other business owned by Defendants either individually or collectively.

6.      Destroying, deleting, or altering any business records, server contents, software code, customer data, or other evidence relevant to this action.

7.      Defendants shall immediately turn over to Plaintiff all remaining logins, passwords, and administrative credentials to all digital assets, online platforms, and social media accounts associated with the Business as noted in the Verified Complaint, including but not limited to Facebook and Google.

**IT IS FURTHER ORDERED** that Blessing shall comply with Paragraph 6 of the proceeding order.

**IT IS FURTHER ORDERED** that nothing in this STIPULATED ORDER FOR PRELIMINARY INJUNCTION shall be construed to limit Plaintiff's ability to seek relief based upon Defendant's actions to date. Nor shall it be construed as a concession of liability as to any of Plaintiff's causes of action or a waiver of any defense or counterclaim,.

**IT IS FURTHER ORDERED** that Defendants shall immediately transfer and surrender to Blessing full administrative control over all digital accounts, online platforms, and social media accounts associated with the Business.


WE SO MOVE                                      WE SO MOVE
And agree to abide by the                       And agree to abide by the
Terms of this Order                             Terms of this Order

*/s/David K. Radkin*                            */s/Eric I. Abraham*
David K. Radkin                                 Eric I. Abraham
*Counsel for Blessing Investment Group LG LLC*  *Counsel for Coolframes, LLC, David Weissman, and Lee Weissman*


_____
UNITED STATES DISTRICT JUDGE