**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLESSING INVESTMENT GROUP LG LLC, a Wisconsin limited liability company,<br><br>    Plaintiff,<br><br>        v.<br><br>COOLFRAMES, LLC, a New York limited liability company; LEE WEISSMAN, individually; and DAVID WEISSMAN, individually,<br><br>    Defendants. | Case No. 1:26-cv-01909-OEM-RML<br><br>Jury Trial Demanded |

**CERTIFICATE OF SERVICE**

I, David K. Radkin, an attorney, hereby certify that on April 8, 2026, I caused a true and correct copy of the Court's Order dated April 8, 2026 (referencing Dkt. No. 13) to be served via electronic mail (from dkr@litico.law) upon the following counsel representing the Defendants:

> Eric I. Abraham
> 21 Roszel Road
> Princeton, NJ 08543
> eabraham@hillwallack.com

I am filing this Certificate of Service in compliance with the Court's direction in said Order.

Dated: April 8, 2026

> Respectfully submitted,
>
> **BLESSING INVESTMENT GROUP LG LLC**
>
> *By: /s/ David K. Radkin*
> David K. Radkin
> Litico Law Group
> 3701 W. Algonquin Rd., Suite 450
> Rolling Meadows, IL 60008
> 312-956-6802

Email: dkr@litico.law
*Attorneys for Plaintiff*