AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| BLESSING INVESTMENT GROUP LG LLC | ) |
| *Plaintiff* | ) |
| v. | ) |
| COOLFRAMES, LLC, et. al. | ) |
| *Defendant* | ) |

Case No.    1:26-cv-01909-OEM-RML

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 COOLFRAMES, LLC, LEE WEISSMAN, and DAVID WEISSMAN                                          .

Date:    04/08/2026

/s/ Eric Abraham
*Attorney's signature*

Eric Abraham EA0229
*Printed name and bar number*

Hill Wallack LLP
261 Madison Ave. Suite 940
New York, New York 10016

*Address*

eabraham@hillwallack.com
*E-mail address*

(609) 734-6358
*Telephone number*

(609) 452-1888
*FAX number*