# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| BLESSING INVESTMENT GROUP LG LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-01909-OEM-RML |
| COOLFRAMES, LLC, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COOLFRAMES, LLC, LEE WEISSMAN, and DAVID WEISSMAN                                                   .

Date:      04/08/2026

/s/ Geoffrey Bowser
*Attorney's signature*

Geoffrey Bowser  4753299
*Printed name and bar number*

Hill Wallack LLP
261 Madison Ave. Suite 940
New York, New York 10016

*Address*

gbowser@hillwallack.com
*E-mail address*

(929) 504-7002
*Telephone number*

(609) 452-1888
*FAX number*