Eric I. Abraham, Esq. (eabraham@hillwallack.com)
William P. Murtha, Esq.  (wmurtha@hillwallack.com)
HILL WALLACK, LLP
21 Roszel Road,
Princeton, New Jersey 08543-5226
Telephone: (609) 924-0808

*Attorneys for Defendant Coolframes LLC,*
*Lee Weismann, and David Weismann*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLESSING INVESTMENT GROUP LG LLC, a Wisconsin limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>COOLFRAMES, LLC, a New York limited liability company; LEE WEISSMAN, individually; and DAVID WEISSMAN, individually,<br><br>    Defendants. | Case No. 1:26-cv-01909-OEM-RML<br><br>Jury Trial Demanded |

## [PROPOSED] STIPULATION AND ORDER

Plaintiffs Blessing Investment Group LG LLC ("Plaintiff"), and Defendants Coolframes

LLC, Lee Weismann, and David Weismann ("Defendants"), by their undersigned counsel,

hereby stipulate and agree, subject to the approval of the Court, that:

**WHEREAS**, Defendant executed the Waiver of Service on April 23, 2026, and the

deadline to response to the Complaint is June 23, 2026;

**WHEREAS**, the parties have agreed to an extension of time for Defendants to Answer,

Move, or Otherwise Reply to the Plaintiff's Complaint until July 8, 2026;

**IT IS HEREBY STIPULATED AND AGREED,** by and through counsel of record,

subject to the approval of the Court, that Defendants' time to Answer, Move or Otherwise Reply

to Plaintiff's Complaint is extended until July 8, 2026.

June 30, 2026

By:   *s/ David K. Radkin*
      David K. Radkin
      Litico Law Group
      3701 Algonquin Road, Suite 450
      Rolling Meadows, Illinois 6008
      (827) 307-5942
      dkr@litico.law

      *Attorneys for Plaintiffs Blessing Investment Group LG LLC*

By:   *s/ Eric I. Abraham*
      Eric I. Abraham
      William P. Murtha
      **HILL WALLACK LLP**
      21 Roszel Road
      Princeton, New Jersey 08543-5226
      (609) 734-6358
      eabraham@hillwallack.com

      *Attorneys for Defendants Coolframes LLC, Lee Weismann, and David Weismann*

**SO ORDERED** this ____ day of July, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

4922-4305-6569, v. 1